*Manistee Circuit.*

## JAMES STRANACH

### vs.

## STRANACH LUMBER CO.

*Ejectment—Fraud.*

Fraud and forgery in obtaining a decree in Chancery cannot be shown in an action of ejectment brought to recover lands alienated by such decree:

This was an action of ejectment. The defence was that the premises in question had been conveyed to the grantee of defendant by decree of the Court of Chancery.

The decree was offered in evidence. It was objected to on the following grounds:

1.—That the decree did not include the land in question, but had been so changed as to include the land in question.

2.—That the bill on which it was founded did not include the land in question.

3.—That the forgery and fraud appeared on the face of the record.

The objections being overruled, the defendant offered to prove these facts by a certified copy of the decree made by the county clerk nearly a year after it was filed, by the records themselves, and by other evidence.

The Court, JUDKINS, J., Held: That the decree was a finality so far as this action is concerned, and its regularity cannot be inquired into in an action at law.

(May, 1882.)

*Ramsdell & Benedict* for Plaintiff.